## JUDGE FAILLA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x

HENRY F. HEWES,

                                                                    Case No.: _____
                        Plaintiff,

        -against-                              **19 CV 7784**

DEMOCRATIC NATIONAL COMMITTEE, HILLARY
CLINTON, DEBBIE WASSERMAN SCHULTZ, DONNA
BRAZILE AND ROBBY MOOK

                        Defendants.
--------------------------------------------------------------------------x



---

## COMPLAINT

---

Henry F. Hewes
*Pro Se Plaintiff*
515 Madison Avenue, Suite 22b
New York, New York
Telephone: (212) 750-4126

---

TO:  Democratic National Committee
     430 South Capitol St SE #3
     Washington, DC 20003

     Hillary Clinton
     c/o Democratic National Committee
     430 South Capitol St SE #3
     Washington, DC 20003

     Debbie Wasserman Schultz
     c/o Democratic National Committee
     430 South Capitol St SE #3
     Washington, DC 20003

     Donna Brazile
     c/o Democratic National Committee
     430 South Capitol St SE #3
     Washington, DC 20003

     Robby Mook
     c/o Democratic National Committee
     430 South Capitol St SE #3
     Washington, DC 20003

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
HENRY F. HEWES

|  |  |
|---|---|
| Plaintiff, | **Case** |
| v. | **No.:**_____ |
| DEMOCRATIC NATIONAL COMMITTEE, HILLARY CLINTON, DEBBIE WASSERMAN SCHULTZ, DONNA BRAZILE AND ROBBY MOOK | **COMPLAINT** |
| Defendants. | |

-------------------------------------------------------------------x

*Pro se* plaintiff Henry Hewes, complaining of defendants alleges:

## **INTRODUCTION**

This action seeks damages and injunctive relief against defendants for conspiring to prevent and deny 2016 Presidential Contender Henry F. Hewes a fair opportunity to contest primaries by conspiring and making an illicit deal with Hillary Clinton's Campaign to insure her election.

## **PARTIES**

1.      Plaintiff Henry F. Hewes is a voter in the State of New York and a registered member of the Democratic Party who registered his candidacy for the Democratic Nomination for President of the United States in 2016.

2.      Defendant Democratic National Committee (hereinafter "DNC") is, on information and belief, an unincorporated association that functions as the leadership and administrative body of the Democratic Party in between the party's national conventions.

3.      Defendant Hillary Clinton was a 2016 presidential contender.

4.      Defendant Debbie Wasserman Schultz was the Chair of the DNC.

5.    Defendant Donna Brazile was the interim Chair of the DNC.

6.    Defendant Robby Mook was the campaign manager for Hillary Clinton's Presidential Campaign.

## JURISDICTION

7.    Jurisdiction is founded on 28 U.S.C. Secs. 1331 and 1343 and 42 U.S.C. Secs. 1983 and 1985.

## FACTS

8.    Plaintiff is registered as a member of the Democratic Party in New York State.

9.    In 2016 Plaintiff registered as a candidate with the Federal Election Commission.

10.    In 2016, Plaintiff announced his candidacy for the Democratic Nomination for President of the United States.

11.    Plaintiff appeared on the ballot for the Democratic Nomination for President of the United States in eight (8) states.

12.    Plaintiff actively campaigned by placing television advertisements, appearing in debates, did press interviews, maintained a campaign office and social media presence.

13.    During the campaign, Plaintiff made numerous efforts to contact the DNC to participate in debates, share data and appear in the primary for Democrats abroad.

14.    At no time did the DNC respond to Plaintiff's numerous attempts to communicate or cooperate with Plaintiff's campaign in any kind of way.

15.    Plaintiff became aware through a book written by defendant Donna Brazile that the Hillary Clinton Campaign had, in fact, made an illicit deal with the DNC to insure her nomination and to deny other candidates a fair opportunity to contest the primaries.

2

16.     While the DNC had an obligation and a clearly stated policy of neutrality between candidates for the Democratic Nomination for President, it in fact, adhered to policies designed to favor Hillary Clinton.

17.     The illicit deal called for Hillary Clinton and her campaign to pay to the DNC over Twenty Four Million Dollars ($29,000,000.00) and for the DNC to give informal control over staff appointments, outreach to alternative candidates, expenditure of funds, debate composition and timing to associates of Hillary Clinton.

## COUNT ONE

18.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-18 above as if fully set forth herein.

19.     The actions of defendants are under color of state law and have been induced to assist in actions in furtherance of the conspiracy; the conspiracy had as its object and had the effect of interfering with my candidacy for President of the United States, furtherance of the conspiracy.

20.     The actions complained of are intended to and have the effect of depriving plaintiff of his right accorded to him under the laws and constitution of the United States to contest the Democratic Nomination for President of the United States.

21.     The conspiracy is, therefore, in violation of 42 U.S.C. Sec, 1983.

## COUNT TWO

22.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-22 above as if fully set forth herein.

23.     The conspiracy and illicit deals intends to and has as its purpose and effect either, directly or indirectly: deprived the plaintiff from becoming the nomination for the Democratic

Party for President of the United States and sought out to further the nomination and election of defendant Hillary Clinton creating illicit deals and giving their support and advocacy to Hillary Clinton's Campaign.

## **JURY TRIAL**

24.    Plaintiff demands a trial by jury.

**WHEREFORE**, plaintiff prays for a judgment:

a.    Awarding him damages in the amount of Twenty-Four Million Dollars ($24,000,000.00).

b.    Enjoining defendants from engaging in future conduct in furtherance of the conspiracy and illicit deals which is the subject to this action.

c.    Appoint a Trustee to oversee the activities of the Democratic National Committee during the 2020 election cycle to insure that all candidates are treated equally.

d.    Granting such other and further relief as the Court deems just and proper.

e.    Awarding plaintiffs reasonable attorney fees together with costs and disbursements of this action.

Dated: New York, New York
         August 20, 2019

Respectfully,

Henry F. Hewes
515 Madison Avenue, Suite 22b
New York, New York
Telephone: (212) 750-4126
Email:  hnewyorkcity@gmail.com
Email:  electhenryhewes2020@gmail.com

4

**TO:**   Democratic National Committee
430 South Capitol St SE #3
Washington, DC 20003

Hillary Clinton
c/o Democratic National Committee
430 South Capitol St SE #3
Washington, DC 20003

Debbie Wasserman Schultz
c/o Democratic National Committee
430 South Capitol St SE #3
Washington, DC 20003

Donna Brazile
c/o Democratic National Committee
430 South Capitol St SE #3
Washington, DC 20003

Robby Mook
c/o Democratic National Committee
430 South Capitol St SE #3
Washington, DC 20003

5