UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
HENRY F. HEWES,

Plaintiff,

-against-

Defendants.
-------------------------------------------------------------------------x

RECEIVED
SDNY PRO SE OFFICE

2019 NOV -5  AM 9: 29

**Case No.: 19 CV 7784**

---

### AMENDED COMPLAINT

---

**Henry F. Hewes**
*Pro Se Plaintiff*
**515 Madison Avenue, Suite 22b
New York, New York
Telephone:  (212) 750-4126**

---

**TO:**    Bruce V. Spiva, Esq.
PerkinsCoie
*Attorney for Defendants
Democratic National Committee, Debbie Wasserman Schultz,
Donna Brazile and Robby Mook*
700 13th Street, NW - Suite 600
Washington, D.C. 20005-3960

David Kendall, Esq.
Williams Connolly LLP
*Attorney for Defendant – Hillary Clinton*
725 12th Street, NW
Washington, D.C. 20005

**DATED:  November 4, 2019**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-5-19

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

HENRY F. HEWES

Plaintiff,

v.

DEMOCRATIC NATIONAL COMMITTEE, HILLARY
CLINTON, DEBBIE WASSERMAN SCHULTZ, DONNA
BRAZILE AND ROBBY MOOK

Defendants.
-----------------------------------------------------------------------x

Case No.: 19 CV 7784

**AMENDED
COMPLAINT**

*Pro se* plaintiff Henry Hewes, complaining of defendants alleges:

## INTRODUCTION

This action seeks damages and injunctive relief against defendants for conspiring to prevent and deny 2016 Presidential Contender Henry F. Hewes a fair opportunity to contest primaries by conspiring and making an illicit deal with Hillary Clinton's Campaign to insure her election.

## PARTIES

1. Plaintiff Henry F. Hewes is a voter in the State of New York and a registered member of the Democratic Party who registered his candidacy for the Democratic Nomination for President of the United States in 2016.

2. Defendant Democratic National Committee (hereinafter "DNC") is, on information and belief, an unincorporated association that functions as the leadership and administrative body of the Democratic Party in between the party's national conventions.

3. Defendant Hillary Clinton was a 2016 presidential contender.

4. Defendant Debbie Wasserman Schultz was the Chair of the DNC.

5. Defendant Donna Brazile was the interim Chair of the DNC.

6. Defendant Robby Mook was the campaign manager for Hillary Clinton's Presidential Campaign.

## JURISDICTION

7. Jurisdiction is founded upon the fact that Plaintiff and Defendants are located in different states or political jurisdictions.

## FACTS

8. Plaintiff is registered as a member of the Democratic Party in New York State.

9. In 2016 Plaintiff registered as a candidate with the Federal Election Commission.

10. In 2016, Plaintiff announced his candidacy for the Democratic Nomination for President of the United States.

11. Plaintiff appeared on the ballot for the Democratic Nomination for President of the United States in eight (6) states.

12. Plaintiff actively campaigned by placing television advertisements, appearing in debates, did press interviews, maintained a campaign office and social media presence.

13. During the campaign, Plaintiff made numerous efforts to contact the DNC to participate in debates, share data and appear in the primary for Democrats abroad.

14. At no time did the DNC respond to Plaintiff's numerous attempts to communicate or cooperate with Plaintiff's campaign in any kind of way.

15. Plaintiff became aware through a book written by defendant Donna Brazile that the DNC agreed to and stated publicly that it was obligated to be neutral between the various candidates, the Hillary Clinton Campaign had, in fact, made an illicit and secret deal with the

DNC to insure her nomination and to deny other candidates a fair opportunity to contest the primaries.

16. While the DNC had an obligation and a clearly stated policy of neutrality between candidates for the Democratic Nomination for President, it in fact, adhered to policies designed to favor Hillary Clinton.

17. The illicit deal called for Hillary Clinton and her campaign to pay to the DNC over Twenty Four Million Dollars ($24,000,000.00) and for the DNC to give informal control over staff appointments, outreach to alternative candidates, expenditure of funds, debate composition and timing to associates of Hillary Clinton.

## COUNT ONE

18. Plaintiff repeats and re-alleges the allegations in paragraphs 1-18 above as if fully set forth herein.

19. The actions of defendants are under color of state law and have been induced to assist in actions in furtherance of the conspiracy; the conspiracy had as its object and had the effect of interfering with my candidacy for President of the United States and to induce me to expend time and money seeking a nomination based on the belief that the DNC would be neutral and would treat all candidates equally.

20. The actions complained of are intended to and have the effect of depriving plaintiff of his right accorded to him participate in primary elections to contest the Democratic Nomination for President of the United States. This conspiracy was designed to interfere with and deprive plaintiff of his basic civil right to participate in the election.

21. Having declared publicly and promised to remain neutral, the DNC was obligated to remain neutral and to provide Plaintiff with the same support accorded to all other candidates.

3

22. In fact the DNC, its employees and its agents systematically denied Democratic Party resources to Plaintiff and other candidates.

23. The DNC refused to even return calls to Plaintiff or to answer written communications from Plaintiff.

24. The DNC organized a primary for Americans Abroad and refused to include Plaintiff in that election.

25. The DNC restricted access to its date resources. It gave no access at all to Plaintiff and limited access to other candidates.

26. The DNC organized debates in which it provided access to only two or three candidates to the exclusion of all other candidates.

**WHEREFORE**, plaintiff prays for a judgment:

    a. Awarding him damages in the amount of $100,000 in actual damages and Twenty-Four Million Dollars $24,000,000.00.

    b. Enjoining defendants from engaging in future conduct in furtherance of the conspiracy and illicit deals which is the subject to this action.

    c. Appoint a Trustee to oversee the activities of the Democratic National Committee during the 2020 election cycle to insure that all candidates are treated equally.

d. Granting such other and further relief as the Court deems just and

proper.

Dated: New York, New York
November 4, 2019

Respectfully,

_____
Henry F. Hewes
515 Madison Avenue, Suite 22b
New York, New York
Telephone: (212) 750-4126
Email: hnewyorkcity@gmail.com
Email: electhenryhewes2020@gmail.com

**TO:** Bruce V. Spiva, Esq. (via email & certified mail return receipt requested)
PerkinsCoie
*Attorney for Defendants*
*Democratic National Committee, Debbie Wasserman Schultz,*
*Donna Brazile and Robby Mook*
700 13th Street, NW - Suite 600
Washington, D.C. 20005-3960

David Kendall, Esq. (via email & certified mail return receipt requested)
Williams Connolly LLP
*Attorney for Defendant – Hillary Clinton*
725 12th Street, NW
Washington, D.C. 20005