UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY F. HEWES,<br><br>      Plaintiff,<br><br>-v.-<br><br>DEMOCRATIC NATIONAL COMMITTEE, HILLARY CLINTON, DEBBIE WASSERMAN SCHULTZ. DONNA BRAZILE, and ROBBY MOOK<br><br>      Defendants. | 19 Civ. 7784 (KPF)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

KATHERINE POLK FAILLA, District Judge:

  The motion of Marc E. Elias, for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

  Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is a follows:

Marc E. Elias
Perkins Coie LLP
700 13th St. N.W.
Washington, D.C. 20005
Telephone: (202) 654-6200
Fax: (202) 654-6211
E-Mail: melias@perkinscoie.com

  The applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Democratic National Committee, Donna Brazile, Debbie Wasserman-Schultz, and Robby Mook.

  IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are

subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at docket entries 29 and 30.

SO ORDERED.

Dated: November 13, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge