UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| HENRY F. HEWES, | |
|---|---|
| Plaintiff, | |
| -v.- | 19 Civ. 7784 (KPF) |
| DEMOCRATIC NATIONAL COMMITTEE, HILLARY CLINTON, DEBBIE WASSERMAN SCHULTZ, DONNA BRAZILE, and ROBBY MOOK | ORDER |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The pre-motion conference currently scheduled for December 10, 2019, is hereby ADJOURNED to January 14, 2020, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York,

SO ORDERED.

Dated: December 9, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Henry F. Hewes
515 Madison Avenue
Suite 22B
New York, NY 10022
```