UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY F. HEWES,<br><br>                    Plaintiff,<br><br>-v.-<br><br>DEMOCRATIC NATIONAL COMMITTEE, HILLARY CLINTON, DEBBIE WASSERMAN SCHULTZ. DONNA BRAZILE, and ROBBY MOOK<br><br>                    Defendants. | 19 Civ. 7784 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      On January 31, 2020, the Court ordered Plaintiff to file a Second Amended Complaint on or before February 28, 2020, as well as a letter addressing the issue of whether diversity of parties would exist if Defendant Hillary Clinton remained a defendant. (Dkt. #44). On February 19, 2020, Plaintiff filed his Second Amended Complaint, in which Defendant Hillary Clinton was not named in the case caption but was listed as a party in the text of the document. (Dkt. #46). On February 20, 2020, the Court ordered Plaintiff to file a letter on or before March 6, 2020, making clear whether he intended to proceed with or without Hillary Clinton as a named defendant. (Dkt. #48). As of the date of the entry of this Order, Plaintiff has yet to file such a letter. Plaintiff is hereby ORDERED to notify the Court on or before March 27, 2020, whether he wishes to name Hillary Clinton as a defendant in this suit. If he fails to do so, Defendant Hillary Clinton will be dismissed due to Plaintiff's failure to prosecute.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: March 17, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge