UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY F. HEWES,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br>DEBBIE WASSERMAN SCHULTZ, DONNA<br>BRAZILE, and ROBBY MOOK,<br><br>                    Defendants. | 19 Civ. 7784 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On April 3, 2020, the Court set the following schedule for Defendants' motion to dismiss the Second Amended Complaint: Defendants were to file their motion to dismiss on or before May 1, 2020, Plaintiff was to file his opposition papers on or before June 30, 2020, and Defendants were to file their reply papers, if any, on or before July 14, 2020.  As of the date of this Order, the Court has not received any correspondence from Plaintiff concerning Defendants' pending motion to dismiss.  Accordingly, the Court will consider Defendants' motion unopposed if Plaintiff does not respond on or before August 7, 2020.

           SO ORDERED.

Dated:     July 20, 2020
           New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge

*Sent by First Class Mail to:*
Henry Hewes
515 Madison Avenue Suite 22B
New York, New York 10022